IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIE JOHNSON, JR. | } |
| Plaintiff, | } |
| v. | } CIVIL ACTION NO. H-03-4055 |
| STEWART & STEVENSON SERVICES, INC. | } |
| Defendant. | } |

## FINAL JUDGMENT

On this day, October 20, 2005, in the action pending between Plaintiff, Willie Johnson, Jr., and Defendant, Stewart & Stevenson Services, Inc., the court issued its Opinion on Summary Judgment that Plaintiff's claims must be dismissed, and the court hereby

ORDERS that Plaintiff take nothing, and that Defendant, Stewart & Stevenson Services, Inc., is awarded its costs.

SIGNED at Houston, Texas, this 20th day of October, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE